# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**UNITED SERVICES AUTOMOBILE ASSOCIATION** a/k/a **USAA,**
Appellant,

v.

**ALLSTATE INSURANCE COMPANY, MELANIE MANZO-PIANELLI** and **ALANA PROCTOR,**
Appellees.

No. 4D16-3124

[December 7, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 09-57134CACE (12).

Charles M-P George of the Law Offices of Charles M-P George, Coral Gables, and Daniel L. Margrey and Christopher W. Wadsworth of Wadsworth Law, LLLP, Miami, for appellant.

Jacqueline G. Emanuel of Knoerr & Emanuel, P.A., Fort Lauderdale, for appellee Alana Proctor.

Sharon C. Degnan of Kubicki Draper, Orlando, for appellee Allstate Insurance Company.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***